IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00888-WYD

CITIFINANCIAL MORTGAGE COMPANY, INC.,

    Plaintiff,

v.

SHERRON L. LEWIS, JR.,

    Defendant.

## ORDER

Defendant purported to remove the above action to federal court on May 11, 2006. The parties shall provide briefing on the propriety and legality of the removal pleadings by **Monday, June 5, 2006**, because the Court questions the validity of the removal.

Dated: May 18, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge